AO 245 D (Rev. 03/01) - Judgment in a Criminal Case for Revocation

# UNITED STATES DISTRICT COURT
## District of New Jersey

UNITED STATES OF AMERICA

v.

HENRY TEJADA-CAMACHO

Defendant.

Case Number   2:07cr991-001

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

The defendant, HENRY TEJADA-CAMACHO, was represented by Donald J. McCauley, AFPD.

Violation number(s) 1, 2 have been dismissed.

The defendant admitted guilt to violation number(s) 3 as stated on the violation petition. Accordingly, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation |
|---|---|
| 3 | 'Alcohol/Narcotic use' |

The defendant is sentenced as provided in pages 2 through 2 of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

It is ordered that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances. Unless modified by this judgment, all fines, restitution, costs, and special assessments previously imposed in the judgment filed on 07/18/2005 remain in full force and effect, if not already paid.

Signed this the 26 day of April, 2010.

WILLIAM H. WALLS
Senior United States District Judge

Judgment – Page 2 of 2

Defendant: HENRY TEJADA-CAMACHO
Case Number: 2:07cr991-001

## SUPERVISED RELEASE

It is ordered and adjudged that the offender's term of supervised release be extended for a period of 1 year subject to all previously imposed standard and special conditions and shall comply with the following modified/additional special condition(s):

The defendant shall refrain from the use of alcohol and shall submit to testing to ensure compliance. It is further ordered that the defendant submit to evaluation and treatment as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.

The defendant shall participate in an approved program for domestic violence.

---

**For Official Use Only --- U.S. Probation Office**

Upon a finding of a violation of probation or supervised release, I understand that the Court may (1) revoke supervision or (2) extend the term of supervision and/or modify the conditions of supervision.

These conditions have been read to me. I fully understand the conditions, and have been provided a copy of them.

You shall carry out all rules, in addition to the above, as prescribed by the Chief U.S. Probation Officer, or any of his associate Probation Officers.

(Signed) _____
                Defendant                                    Date

_____
U.S. Probation Officer/Designated Witness          Date