PROB 12C
(7/93)

# United States District Court

for

## District of New Jersey

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Henry Tejada-Camacho          **Docket Number:** 07-00991-001
                                                                                                                      **PACTS Number:** 39500

**Name of Sentencing Judicial Officer:** HONORABLE NINA GERSHON
                                                                 UNITED STATES DISTRICT JUDGE ED/NY (Jurisdiction transferred on 01-02-08 & assigned to USDJ William H. Walls)

**Date of Original Sentence:** July 18, 2005

**Original Offense:** Conspiracy to Import 100 Grams or More of Heroin, 21 U.S.C. §§ 963 and 960 (b)(2)(B)

**Original Sentence:** 41 months imprisonment; 3 years supervised release.

**Type of Supervision:** supervised release          **Date Supervision Commenced:** May 16, 2007

**Assistant U.S. Attorney:** Daniel E. Wenner, 147 Pierrepont Street, Brooklyn, NY 11201; (718) 254-7000

**Defense Attorney:** Howard B. Brownstein, Esq., Brownstein, Booth & Barry, 512 42nd Street, Union, New Jersey 07087; (201) 866-4949

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | The offender has violated the supervision condition which states '**You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.**' |
| | Mr. Tejada-Camacho failed to report as directed on June 29, 2010 and has not made any contact with the undersigned officer following this date. |
| 2 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

PROB 12C - Page 2
Henry Tejada-Camacho

|   | The offender did not report to the Trinitas Hospital Drug Program on May 26, and June 30, 2010. |
|---|---|
| 3 | The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**' |

On June 24, 2010, he submitted a urine specimen which yielded positive results for marijuana and cocaine use. On May 19, 2010, he submitted a urine specimen which was sent to the National Laboratory. The same returned as an invalid specimen because it was diluted. Offender tested positive for using cocaine on April 28, 2010.

I declare under penalty of perjury that the foregoing is true and correct.

By: Luis R Gonzalez
Senior U.S. Probation Officer
Date: 7/14/10

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____.
[ ] No Action
[ ] Other

Signature of Judicial Officer

21 July 2010
Date